# IN THE SUPREME COURT OF THE STATE OF NEVADA

GIOVANNI KOHLER KURTZE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81105

FILED

MAY 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS*

In this original pro se petition for a writ of habeas corpus, petitioner appears to challenge his judgment of conviction on several grounds—including that he is mentally ill.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Moreover, a challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724; NRS 34.738; NRAP 22. Therefore, without deciding the merits of the claims raised herein, we determine that our intervention is not warranted, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844

20-19208

(2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____, J.                    _____, J.
Hardesty                                Stiglich


cc:    Giovanni Kohler Kurtze
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk